UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARREL L. ESPINOSA,                       No. 2:06-cv-1192-MCE-GGH-PS

      Plaintiff,

  v.                                      **ORDER ON REQUEST FOR RECONSIDERATION**

SCOTT MARSHALL, et al.,

      Defendants.

----oo0oo----

In bringing the present Request for Reconsideration, Plaintiff Darrel L. Espinosa ("Plaintiff") asks this Court to reverse the Magistrate Judge's January 26, 2007 Order requiring that Plaintiff post a vexatious litigant bond in the amount of $10,000.00 before this action may further proceed.

///
///
///
///
///
///

1    In reviewing a magistrate judge's determination, the
2 assigned judge shall apply the "clearly erroneous or contrary to
3 law" standard of review set forth in Local Rule 72-303(f), as
4 specifically authorized by Federal Rule of Civil Procedure 72(a)
5 and 28 U.S.C. § 636(b)(1)(A).[1]   Under this standard, the Court
6 must accept the Magistrate Judge's decision unless it has a
7 "definite and firm conviction that a mistake has been committed."
8 Concrete Pipe & Products of Cal., Inc. v. Constr. Laborers
9 Pension Trust for S. Cal., 508 U.S. 602, 622 (1993).  If the
10 Court believes the conclusions reached by the Magistrate Judge
11 were at least plausible, after considering the record in its
12 entirety, the Court will not reverse even if convinced that it
13 would have weighed the evidence differently.  Phoenix Eng. &
14 Supply Inc. v. Universal Elec. Co., Inc., 104 F.3d 1137, 1141
15 (9th Cir. 1997).
16    After reviewing the entire file, this Court cannot say that
17 the magistrate judge's decision relating this case to the
18 previously filed cases was clearly erroneous as that standard has
19 been defined.  As the magistrate judge points out, this is the
20 fourth lawsuit filed by Plaintiff relating to the foreclosure on
21 and sale of his parents' property in Colusa County, California.
22 Plaintiff's last case was terminated after he was found to be a
23 vexatious litigant.
24 ///

---

[1] Federal Rule of Civil Procedure 72(a) directs the district court judge to "modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law." Similarly, 28 U.S.C. § 636(b)(1)(A), the district judge may reconsider any pretrial order "where it is shown that the magistrate's order is clearly erroneous or contrary to law."

2

Plaintiff failed to overturn the magistrate judge's previous order declaring him to be vexatious, but has filed yet another lawsuit on the same issues.  Under these circumstances, the vexatious litigant bond imposed by the magistrate judge was not in error.

    For all these reasons Plaintiff's Request for Reconsideration is DENIED.

    IT IS SO ORDERED.

Dated: March 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE