IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL L. ESPINOSA,

    Plaintiff,                           No. CIV S-06-1192 MCE GGH PS

    vs.

SCOTT MARSHALL, et al.,

    Defendants.             ORDER

_____/

        On January 26, 2007, this court ordered plaintiff to post a $10,000 bond in light of the finding that he was a vexatious litigant. Plaintiff did not file the bond, but instead filed a motion for reconsideration which has now been denied by the district court. Accordingly, motions pending in this case will be vacated. If plaintiff has not posted a bond within fifteen days from the March 8, 2007 denial of the motion for reconsideration, this court will recommend dismissal of the action.

        IT IS ORDERED that the following motions are vacated: plaintiff's motion for temporary restraining order, filed June 8, 2006; defendants State of California and California Highway Patrol's motion to dismiss amended complaint, filed June 23, 2006[1]; defendant City of Williams motion to strike amended complaint, filed June 26, 2006; defendants Marshall, Villasenor, Troughton, Morton, Pearson, Wheeler, Turner, Scroggins, Poyner, Moran, County of

---

[1] The motion to dismiss the complaint filed by these defendants on June 22, 2006 was mooted by the later motion to dismiss.

1 | Colusa, Colusa County Sheriff's Department, Franklin, Ferrannini and Downey Brand LLP's
2 | motion to dismiss, filed June 26, 2006.
3 | DATED: 3/16/07                                   /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH/076
espinosa1192.vac2