1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  DARREL L. ESPINOSA,
                                    No. 2:06-cv-01192 MCE GGH PS
12          Plaintiff,

13      v.                          ORDER

14  SCOTT MARSHALL, et al.,

15          Defendants.

16                      ----oo0oo----

17      On July 16, 2007, Defendants filed the instant motion,

18  pursuant to Local Rule 54-293, Federal Rule of Civil Procedure

19  54(b)(2)(B), and 28 U.S.C. § 1927 for attorney's fees and related

20  costs as the prevailing party in this case.

21      The Court may defer its ruling on attorney's fees when an

22  appeal on the merits is pending.  See 1993 Advisory Committee

23  notes to FRCP 54(d) ("if an appeal on the merits of the case is

24  taken, the [district] court may rule on the claim for fees, may

25  defer its ruling on the motion, or may deny the motion without

26  prejudice, directing under subdivision (d)(2)(B) a new period for

27  filing after the appeal has been resolved."); Dumas v. New United

28  Motor Mfg., 2007 U.S. Dist. LEXIS 49098 (D. Cal. 2007).

1    Subsequent to the filing of Defendants' request for

2 attorney's fees, Plaintiff filed an Appeal with the Ninth Circuit

3 Court of Appeals on July 16, 2007.  Given the pendency of that

4 appeal, Defendants' Motion for Attorney's Fees is DENIED at this

5 juncture, without prejudice to being renewed following

6 disposition of this matter upon appeal.[1]

7    IT IS SO ORDERED.

8 Dated: September 18, 2007

9

10   _____

11   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    [1] Because oral argument will not be of material assistance,
   the Court ordered this matter submitted on the briefing.  E.D.
28 Cal. Local Rule 78-230(h).

2